No. 302. ANDERSON *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 303. SCUDIERI *v.* RAGEN, WARDEN; and
No. 304. LOTT *v.* RAGEN, WARDEN. October 14, 1946. Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 305. JUDD *v.* RAGEN, WARDEN. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 308. STUB *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Court of Claims denied. Petitioner *pro se.* *Solicitor General McGrath, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States.

No. 310. CONNELLAN *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the County Court of Westchester County, New York, denied.

No. 313. MARCINKOWSKI *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the Supreme Court of New York denied Petitioner *pro se.* *Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.